**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
MATTHEW FRAZIER,

                Petitioner,                         19 **CIVIL** 865 (JGK)

        -against-                              **JUDGMENT**

J. PETRUCCI, acting Warded, FCI Otisville,

                Respondent.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated November 8, 2019, the petition is denied with respect to the claim that BOP impermissibly intends to "pause" and "resume" the petitioner's sentence; the petition is denied without prejudice as moot with respect to the claim that the BOP miscalculated the petitioner's GCT credit under the First Step Act; the petition is dismissed; accordingly, this case is closed; the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Court's order would not be taken in good faith and therefore in forma pauperis status is denied for the purpose of an appeal.

**DATED:** New York, New York
            November 13, 2019

                                              **RUBY J. KRAJICK**
                                                Clerk of Court
                              BY:
                                                  Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 11/13/2019